AO 245B (CASDRev. 08/14) Judgment in a Petty Criminal Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| **Isaiah Jenkins** | Case Number: **22-cr-02023-JLB-2** |
| | **Gerard Jeffrey Wasson** |
| | Defendant's Attorney |

**REGISTRATION NO.** 06340506

☒ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

The Defendant:

☒ pleaded guilty to count(s)  4s-6s of Superseding Information

☐ was found guilty on count(s) _____

after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18:3 | Accessory After the Fact (Misdemeanor) | 4s-6s |

The defendant is sentenced as provided in pages 2 through  2  of this judgment.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)  1-3 of Information; 1s-3s of Superseding Information  are  dismissed on the motion of the United States.

☒ Assessment:  $10 per count ($30 Total)

☒ No fine    ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

January 17, 2023
Date of Imposition of Sentence

*Jill Burkhardt* (signature)

HON. Jill L. Burkhardt
UNITED STATES DISTRICT JUDGE

22-cr-02023-JLB-2

AO 245B (CASD Rev. 08/14) Judgment in a Petty Criminal Case

DEFENDANT:       Isaiah Jenkins                                                                                    Judgment - Page **2** of **2**
CASE NUMBER:     22-cr-02023-JLB-2

## **IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

As to Count(s) 4s-6s, Defendant sentenced to a total of 5 months (2 months as to Count 4s, 2 months as to Count 5s, and 1 month as to Count 6s to be served consecutively with 3 months custodial and 2 months at CCR)

☐  Sentence imposed pursuant to Title 8 USC Section 1326(b).
☒  The court makes the following recommendations to the Bureau of Prisons:

   The Court recommends that defendant be housed at a facility near San Diego.

☐  The defendant is remanded to the custody of the United States Marshal.

☒  The defendant shall surrender to the United States Marshal for this district:

   ☒  at     12:00             P.M.       on       February 28, 2023
   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  on or before
   ☐  as notified by the United States Marshal.
   ☐  as notified by the Probation or Pretrial Services Office.

## **RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____ DEPUTY UNITED STATES MARSHAL

22-cr-02023-JLB-2